UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HUGO LUA,                          ) Case No. EDCV 18-1065 DMG(JC)
                    Petitioner,    )
                                   )
              v.                   ) JUDGMENT
                                   )
WARDEN RAMOS,                      )
                                   )
                    Respondent.    )
_____  )

     Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: June 1, 2018

                            _____
                            DOLLY M. GEE
                            UNITED STATES DISTRICT JUDGE